UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YVONNE JETT,

    Plaintiff,

    v.

JOHN E. POTTER, Postmaster General, United States Postal Service,

    Defendant.
_____/

No. C 08-4290 PJH

**JUDGMENT**

    The court having dismissed the complaint without prejudice and the amended complaint having not cured the defect

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: February 2, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge